# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

**A12A2263.  In the Interest of D. L. F., et al., children.**

On March 29, 2012, this court granted Appellant's application for discretionary appeal. Having reviewed the parties' briefs and the complete record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 02/13/2013
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*